JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHNIEBER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>VERISTAR LLC, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. 2:20-CV-08147-AB-PVC<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 17, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.