# UNITED STATES DISTRICT COURT

# CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHNIEBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VERISTAR LLC, an Illinois Limited Liability Company; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 2:20-cv-08147-AB-PVC<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to PLAINTIFF's Request for Dismissal, it is **ORDERED** that Plaintiff RYAN SCHNIEBER's claims are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear their own attorney's fees and costs, in consideration for a negotiated settlement which has been fully executed by all parties as of the date of this filing.

**IT SO ORDERED.**

Dated January 18, 2022

_____
The Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE

**ORDER**